EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: (808) Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00312 DAE |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [18 U.S.C. §922(g)(3) and |
| JUSTIN WIRTZ, ) | 18 U.S.C. §924(a)(2)] |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about April 7, 2003, in the District of Hawaii, the defendant, JUSTIN WIRTZ, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce a firearm,


SEALED
BY ORDER OF THE COURT

to wit, a New England Topper model 88 12 gauge shotgun, serial number NA119073.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED:    June 12, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

U.S.A. v. JUSTIN WIRTZ
Cr. No. _____
"Indictment"