EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00312 DAE |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| JUSTIN WIRTZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER FOR DISMISSAL

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the

Indictment against Defendant without prejudice on the ground(s) that the Defendant entered guilty pleas to related charges in the Third Circuit Court of the State of Hawaii.

The defendant is currently not in custody.

DATED:  Honolulu, Hawaii, _____.

                                  EDWARD H. KUBO, JR.
                                  UNITED STATES ATTORNEY
                                  District of Hawaii

By _____
    EDRIC M. CHING
    Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

DAVID ALAN EZRA

_____
UNITED STATES DISTRICT COURT JUDGE


United States v. Justin Wirtz
Cr. No. 03-00312 DAE
"Order for Dismissal"